IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00234-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN WESLEY CHANDLER | ) | |
| a/k/a "Yo-Lo" | ) | |

This matter comes before the court sua sponte. In light of the corrected sentence imposed in this case on July 14, 2023, the court VACATES the Order to Surrender issued July 10, 2023 (DE 42).

SO ORDERED this 14th day of July, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
Chief United States District Judge