IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00234-M

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )      ORDER<br>) |
| JOHN WESLEY CHANDLER<br>a/k/a "Yo-Lo" | )<br>)<br>) |

This matter comes before the court on notice from the parties of a clerical error in the Judgment issued July 14, 2023. The Judgment states that Defendant pled guilty to a Superseding Indictment; however, Defendant actually pled guilty to a Superseding Information. *See* DE 46. Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the court DIRECTS the Clerk of the Court to issue an Amended Judgment containing the correct information.

SO ORDERED this 26Th day of July, 2023.

RICHARD E. MYERS II
Chief United States District Judge