# UNITED STATES DISTRICT COURT
для
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. John Wesley Chandler**           Docket No. 5:22-CR-234-1M

### Petition for Action on Probation

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John Wesley Chandler, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 14, 2023, to 60 months probation under the conditions adopted by the court.

On September 6, 2023, a Violation Report was filed advising of a positive urinalysis (marijuana) on August 20, 2023. A verbal reprimand was issued, and the defendant was advised that additional positive urinalyses would result in his return to court. Additionally, the defendant was continued in the Surprise Urinalysis Program (SUP) and the positive urinalysis was reported to his substance abuse counselor. Based on the actions by the probation officer, no court action was recommended.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Chandler's counselor at First Step Services in Raleigh, North Carolina, has been encouraged him to enroll in an educational program to enhance his ability to obtain suitable employment and to better his life overall. The defendant agrees with this recommendation and has requested leave time in the home incarceration program for educational purposes. Therefore, a modification to the Location Monitoring condition is recommended.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home incarceration program for a period not to exceed 38 months. The defendant shall be restricted to his residence except for employment and educational purposes. The probation office shall determine travel to and from work and school and no deviation outside of those permitted routes shall be permitted. The defendant may also leave his residence for medical needs or treatment, religious services, and court appearances, pre-approved by the Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

                 I declare under penalty of perjury that the foregoing is true and correct.

                 /s/Timothy L. Gupton
                 Timothy L. Gupton
                 Senior U.S. Probation Officer
                 310 New Bern Avenue, Room 610
                 Raleigh, NC 27601-1441
                 Phone: 919-861-8686
                 Executed On: March 7, 2024

John Wesley Chandler
Docket No. 5:22-CR-234-1M
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 7th day of March, 2024, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*
Richard E. Myers II
Chief United States District Judge