UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. John Wesley Chandler**  Docket No. 5:22-CR-234-1M

### Petition for Action on Probation

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John Wesley Chandler, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 14, 2023, to 60 months probation under the conditions adopted by the court.

On September 6, 2023, a Violation Report was filed advising of a positive urinalysis (marijuana) on August 20, 2023. A verbal reprimand was issued, and the defendant was advised that additional positive urinalyses would result in his return to court. Additionally, the defendant was continued in the Surprise Urinalysis Program (SUP) and the positive urinalysis was reported to his substance abuse counselor. Based on the actions by the probation officer, no court action was recommended. On March 11, 2024, a Petition for Action was filed modifying the defendant's Location Monitoring condition to allow leave time for school.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 29, 2024, after a battle with cancer, Chandler's stepmother, Nancy Harris, passed away. With her death, Chandler has requested location monitoring leave time to visit with the family, to make arrangements for the funeral, and to attend the funeral services. Therefore, it is recommended that the Location Monitoring condition be modified to allow leave for this time related to his stepmother's death and to allow the probation officer to have discretion in allowing leave for other reasonable requests by the defendant in the future.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home incarceration program for a period not to exceed 38 months. The defendant shall be restricted to his residence except for employment and educational purposes. The probation office shall determine travel to and from work and school and no deviation outside of those permitted routes shall be permitted. The defendant may also leave his residence for medical needs or treatment, religious services, and court appearances, pre-approved by the Probation Officer. The court also approves leave for time with his family during the death of the defendant's stepmother and allows the probation officer to have discretion in allowing leave for other reasonable requests by the defendant in the future.

John Wesley Chandler
Docket No. 5:22-CR-234-1M
Petition for Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: March 28, 2024

## ORDER OF THE COURT

Considered and ordered this 1st day of April, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge