UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. John Wesley Chandler            Docket No. 5:22-CR-234-1M

**Petition for Action on Probation**

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John Wesley Chandler, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 14, 2023, to a 60 month term of probation under the conditions adopted by the court.

On September 5, 2023, a Violation Report was submitted to the court regarding the defendant's use of marijuana. Supervision was continued.

On September 20, 2023, a Violation Report was submitted to the court regarding the defendant's continued use of marijuana. Supervision was continued.

On March 7, 2024, a Petition for Action on Probation was submitted to the court to modify the defendant's Location Monitoring condition to permit leave time for educational purposes.

On March 28, 2024, a Petition for Action on Probation was submitted to the court to modify the defendant's Location Monitoring condition to permit leave time related to the death of his stepmother and for other reasonable requests.

On May 6, 2024, a Violation Report was submitted to the court regarding the defendant's continued use of marijuana. Supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 19, 2024, the defendant tested positive for marijuana. He admitted to the use prior to the testing and showed remorse for taking a step backwards in his recovery. He is engaged in treatment at First Step Services and has admitted the error in his ways. As a sanction, the probation office, respectfully recommends, that the term of probation be modified to include 20 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

John Wesley Chandler
Docket No. 5:22-CR-234-1M
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: January 3, 2025

### ORDER OF THE COURT

Considered and ordered this 7th day of January, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge