UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. John Wesley Chandler**  **Docket No. 5:22-CR-234-1M**

## Petition for Action on Probation

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John Wesley Chandler, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 14, 2023, to 60 months probation under the conditions adopted by the court.

On September 5, 2023, a violation report was submitted due to the defendant providing a urinalysis sample which was positive for marijuana. He was allowed to remain on supervision, enrolled in the surprise urinalysis program, and engaged in substance abuse treatment.

On September 20, 2023, a violation report was submitted due to the defendant providing another urinalysis sample which was positive for marijuana. He was allowed to remain on supervision and continued to engage in substance abuse treatment.

On March 7, 2024, the defendant's conditions of supervision were modified to allow the defendant to leave his residence for educational purposes.

On April 1, 2024, the defendant's conditions of supervision were modified to allow the defendant to leave his residence for medical necessities and allowing the probation office the discretion to allow leave for other reasonable requests.

On May 6, 2024, a violation report was submitted due to the defendant providing a urinalysis sample which was positive for marijuana. He was allowed to remain on supervision with no further court action at that time.

On January 3, 2025, a request for modification was submitted due to the defendant providing a urinalysis sample which was positive for marijuana. The defendant was allowed to remain on supervision and engage in substance abuse treatment. In addition, he was ordered to complete 20 hours of community service as a sanction for his continued drug use.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 18, 2025, the defendant provided a urinalysis sample which was confirmed to be positive for marijuana on March 26, 2025. The defendant denies using marijuana but does admit to being around individuals who were engaging in marijuana use. Despite being continuously engaged in substance abuse treatment, the defendant continues to make poor choices regarding substance use and his social networks.

It is the recommendation of the probation office that the defendant be allowed to remain on supervision, continue to comply with the surprise urinalysis program, and engage in substance abuse treatment. It is further recommended that the defendant be ordered to complete a cognitive behavioral program to address his social networks and reduce the risk of future violation conduct.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

John Wesley Chandler
Docket No. 5:22-CR-234-1M
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: April 1, 2025

**ORDER OF THE COURT**

Considered and ordered this 2d day of April, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge